**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | | |
|---|---|---|
| NINAN A. GEEVARGHESE, | : | No. 657 EAL 2019 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| STEPHEN T. BARNETT AND | : | |
| GWENDOLYN BARNETT, | : | |
| | : | |
| Petitioners | : | |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 22nd day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.